IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>MEYERS MECHANICAL CORPORATION,<br><br>Defendant. | Civil Action No. 1-13-cv-730 |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Default Judgment (Dkt. No. 26). The Magistrate Judge issued a Report and Recommendation on January 22, 2014. (Dkt. No. 31). The Defendant filed no opposition to Plaintiffs' motion and no objection to the Magistrate Judge's findings.

Having reviewed the pleadings in this case as well as the Magistrate Judge's report, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED** that

1. Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund recover a total of $128,770.77 from the Defendant;

2. Plaintiff Trustees of the International Training Fund recover a total of $1,741.85 from the Defendant;

3. Defendant is to remit all contributions due since the filing of the Complaint for the months of May 2013 through July 2013 in the total amount of $63,803.66 and file remittance reports and make contributions for the months of October 2013 and November 2013 to the National Pension Fund and International Training Fund and all future remittance reports

and contributions owed on a timely basis to the Plaintiff funds by delivering them to the offices of Plaintiffs' counsel;

4. Defendant shall provide a bond or other form of security acceptable to Plaintiffs in the amount of $200,000 within fifteen days of the entry of judgment; and

5. Plaintiffs shall recover $11,037.50 in attorneys' fees and $631.29 in costs.

May 15, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge